**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

Peggy Moore,

Plaintiff,

vs.

State Farm Fire and Casualty Company,

Defendant.

Case No.: 25-cv-00417-CVE-JFJ

Proceeding: Motion Hearing
Date: 8/19/2026
Time: 10:00 a.m.

**MINUTE SHEET**

Jodi F. Jayne, U.S. Magistrate Judge | S. Lamoreaux-Cope, Deputy Clerk | Magistrate Courtroom 1

Counsel for Plaintiff: Amber N. Peckio

Counsel for Defendant: Paige N. Shelton

Minutes: Case called for hearing on Defendant's Motion to Strike/Exclude All Expert Witnesses on Plaintiff's Preliminary Witness List (ECF No. 43). Arguments heard. Motion is granted for reasons stated during the hearing, and proposed expert witnesses Mr. Bingham, Mr. Young, Mr. Coates, and Mr. Haskins are stricken from the preliminary witness list and precluded from testifying at trial.

Court Time: 9:56 a.m. – 10:30 a.m.